JESUS GEORGE AYALA
102900, ISCC
P.O. Box 70010
Boise, Idaho 83707
By And Through His
Next Best Friend,
GREGORY JOSEPH NELSON,
GREGORY JOSEPH NELSON
26201, ISCC
P.O. Box 70010
Boise, Idaho 83707

Pro Se Plaintiffs

Case No: 1:19-cv-00107-DCN  Inmate Name: Jesus George Ayala
Date: 6/11/2019  Inmate IDOC#: 102900
Document Title: Amended Verified Civil rights complaint
Total Pages: 8  Inmate Initials Verifying Page Count: JA
Document(s) 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SOUTHERN CALENDAR

JESUS GEORGE AYALA, et al., )
    Plaintiffs, )
vs. )
JOSH TEWALT, et al., )
    Defendants. )

Case No. 1:19-cv-00107-DCN

AMENDED VERIFIED CIVIL RIGHTS COMPLAINT, STATE LAW TORT, AND DEMAND FOR JURY TRIAL

I.

INTRODUCTION/JURISDICTION

1. Plaintiffs hereby incorporate paragraphs 1-3 from the initial verified civil rights complaint, state law tort, and demand for jury trial (initial complaint) formally filed on the 3rd day of April, 2019, by reference herein.

2. Additionally, this action is filed by Plaintiff Gregory Joseph Nelson, also a state prisoner, alleging violations of his Eighth Amendment Rights to be free from deliberate indifference to his safety in that prison conditions at ISCI

AMENDED VERIFIED CIVIL RIGHTS COMPLAINT - 1

precipitate prisoner violence currently and evidenced by historical facts and the fact of being subjected to prisoner assaults at ISCI and IMSI, and is seeking injunctive relief to correct those conditions at ISCI and at all IDOC prison facilities.

II.

PARTIES

3. Plaintiffs hereby incorporate paragraphs 4-6 from the initial complaint by reference herein.

4. Additionally, Plaintiff GREGORY JOSEPH NELSON at all times relevant was and is a prisoner confined within the IDOC at the Idaho State Correctional Institution (ISCI) and is now incarcerated at ISCC.

III.

FACTS/CAUSES OF ACTION/LEGAL BASIS OF AMENDED COMPLAINT

A.

DEFENDANTS' FAILURE TO ACT ON THEIR KNOWLEDGE OF A SUBSTANTIAL RISK OF SERIOUS HARM TO PLAINTIFF AYALA VIOLATED HIS EIGHTH AMENDMENT RIGHTS TO BE FREE FROM DELIBERATE INDIFFERENCE TO HIS SAFETY

FIRST ATTACK

Defendant Shaber

5. Plaintiffs hereby incorporate paragraphs 7-95.

6. Additionally, Plaintiff Ayala's nasal area of his facial area has been confirmed to have been fractured as evidenced by x-ray and diagnosis as a result of the attack by Chandler Palmer as incorporated herein.

AMENDED VERIFIED CIVIL RIGHTS COMPLAINT - 2

## SECOND ATTACK

### Defendants Winter, Seely, Lombardi, Blanchard, McArthur, John Does I, II, III, Clark, Campbell, Case, Martin, Baroso, And Dutter

7. Plaintiffs hereby incorporate paragraphs 96-248 from the initial complaint by reference herein.

## IV.

## SUPERVISORY LIABILITY

### B.

UNDERSTAFFING, POLICIES, PRACTICES, THE ACTION OR INACTION IN THE TRAINING, CONTROL, AND SUPERVISION OF SUBORDINATE ISCI STAFF, AND ISCI INMATES, PROXIMATELY AND CAUSALLY RESULTED IN THE ATTACKS ON PLAINTIFFS, VIOLATED AND VIOLATES PLAINTIFFS' EIGHTH AMENDMENT RIGHTS TO BE FREE FROM DELIBERATE INDIFFERENCE TO PLAINTIFFS' SAFETY

### Defendants Attencio, Yordy, And Valley III

8. Plaintiffs hereby incorporate paragraphs 249-309 from the initial complaint by reference herein.

### C.

UNDERSTAFFING, POLICIES, PRACTICES, THE ACTION OR INACTION IN THE TRAINING, CONTROL, AND SUPERVISION OF SUBORDINATE ISCI STAFF, AND ISCI INMATES, PROXIMATELY AND CAUSALLY RESULTED IN ADDITIONAL ATTACKS ON INMATES AT ISCI, AND WILL RESULT IN ADDITIONAL ATTACKS ON PLAINTIFFS IF RETURNED TO GENERAL POPULATION, VIOLATING PLAINTIFFS' EIGHTH AMENDMENT RIGHTS TO BE FREE FROM DELIBERATE INDIFFERENCE TO PLAINTIFFS' SAFETY

### Defendants Tewalt, Ramirez, And Valley III

9. Plaintiffs hereby incorporate paragraphs 310-332 from the initial complaint by reference herein.

10. The word "Plaintiff" contained within paragraphs 310-332, is hereby substituted with "Plaintiffs", to include Plaintiff Gregory Joseph Nelson, and, the word "Plaintiff's", shall be,

and is, hereby amended to read as, "Plaintiffs'" herein.

11. Prior to the filing of this amended verified civil rights complaint, state law tort, and demand for jury trial, Plaintiffs exhausted their administrative remedies.

## VI.

## DEMAND FOR JURY TRIAL

12. Plaintiffs hereby demand their right to a jury trial.

## VII.

## IDAHO STATE LAW TORT

13. All state law defendants are being sued in their personal capacities as employees of the State of Idaho, Department of Correction.

14. Plaintiffs hereby incorporate all previous factual allegations which have been incorporated by reference from the initial complaint by reference herein.

## I.

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

A. NEGLIGENT PERFORMANCE OF A REQUIRED FUNCTION

i. FAILURE TO PROTECT

#### First Attack

Defendants Shaber And Dutter

15. Plaintiffs hereby incorporate paragraphs 337-348 from the initial complaint by reference herein.

#### Second Attack

Defendants Winter, Seely, Lombardi, Blanchard, McArthur, John Does I, II, And III, Clark, Campbell, Case, Martin, Baroso, And Dutter

AMENDED VERIFIED CIVIL RIGHTS COMPLAINT - 4

16. Plaintiffs hereby incorporate paragraphs 349-390 from the initial complaint by reference herein.

    ii. FAILURE TO PREVENT, CONTROL AND SUPPRESS AFFRAYS

Defendant Attencio

17. Plaintiffs hereby incorporate paragraphs 391-396 from the initial complaint by reference herein.

    B. UNDERSTAFFING, SOPs, POLICIES, PRACTICES, THE ACTION OR INACTION IN THE TRAINING, CONTROL, AND SUPERVISION OF ISCI STAFF AND INMATES

Defendants Attencio, Yordy, And Valley III

18. Plaintiffs hereby incorporate paragraphs 397-434 from the initial complaint by reference herein.

## VIII.

### STATE LAW EXHAUSTION OF ADMINISTRATIVE REMEDIES

19. Plaintiffs hereby incorporates paragraph 435 from the initial complaint by reference herein.

## IX.

### STATE LAW TORT DEMAND DOR JURY TRIAL

20. Plaintiffs hereby incorporate paragraph 436 from the initial complaint by reference herein.

## X.

### RELIEF REQUESTED

### § 1983 ACTION

21. WHEREFORE, Plaintiffs request that this Court grant the following relief in the § 1983 action:

AMENDED VERIFIED CIVIL RIGHTS COMPLAINT - 5

22. Plaintiffs hereby incorporate paragraphs A-L from the initial complaint by reference herein.

23. Additionally, Plaintiffs request an injunction requiring Defendants IDOC to terminate the employment of all IDOC staff adjudicated or determined to have violated Plaintiff Ayala's or Plaintiffs' Eighth Amendment rights and/or rights under Idaho State law.

24. Award compensatory damages as follows:

First Attack

25. For Plaintiff Ayala's physical and emotional injuries, pain, suffering, and continued emotional anguish and suffering:

$300,000.00.

Second Attack

26. For Plaintiff Ayala's physical and emotional injuries, pain, suffering, continued emotional anguish, suffering, and impact on employment opportunities:

$500,000.00.

27. Award punitive damages as follows:

First Attack

$1,000,000.00.

Second Attack

$1,500,000.00.

28. Award costs.

29. Award attorneys fees should Plaintiffs obtain an attorney to represent them in this matter.

30. Award pro se fees in the amount of $20.00 per hour.

31. Grant Plaintiffs such other and further relief as it may appear Plaintiffs are entitled to which is equitable and just under the premises.

XI.

RELIEF REQUESTED

STATE LAW TORT

WHEREFORE, Plaintiffs request the following relief under Idaho State law:

First Attack

32. Monetary damages in an amount to be proven at trial but not exceeding the limits of liability set forth in I.C. § 6-926, but, in excess of the jurisdictional limit of the district court of Idaho.

Second Attack

33. Monetary damages in an amount to be proven at trial but not exceeding the limits of liability set forth in I.C. § 6-926, but, in excess of the jurisdictional limit of the district court of Idaho.

34. Award costs.

35. Award attorneys fees should Plaintiffs obtain an attorney.

36. Award pro se fees in the amount of $20.00 per hour.

XII.

DECLARATION UNDER THE PENALTY OF PERJURY

I hereby declare under the penalty of perjury:

That we are the Plaintiffs in the above-entitled action and cause, that we have read the amended verified civil rights

AMENDED VERIFIED CIVIL RIGHTS COMPLAINT - 7

complaint, and that the information contained herein is true and correct pursuant to 28 U.S.C. § 1746; 18 U.S.C. § 1621.

RESPECTFULLY SUBMITTED on this 9th day of June, 2019.

_____
JESUS GEORGE AYALA
Plaintiff

_____
GREGORY JOSEPH NELSON
Plaintiff