LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
craig@melawfirm.net

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JESUS GEORGE AYALA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00107-DWM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　　COMES NOW, the parties by and through their attorneys of record, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice with each side to bear their own costs and attorney fees.

| | |
|---|---|
| SUSAN LYNN MIMURA<br>& ASSOCIATED, PLLC | MOORE ELIA & KRAFT, LLP |
| | |
| */s/ V. Renee Karel* | */s/ Craig D. Stacey* |
| V. Renee Karel | Craig D. Stacey |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: November 8, 2021 | Dated: November 8, 2021 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 8th day of November 2021, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

V. Renee Karel                      slm@idahoattys.com
*Attorneys for Plaintiff*

                                 */s/ Linda Higgins*
                                 Linda Higgins

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**